# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DANIEL WILLIAM DOBLER,**<br><br>Defendant. | **CR 17-04-GF-BMM**<br><br>**AMENDED ORDER** |

Upon Petition of Bryan T. Dake, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of This Court issue a Writ of Habeas Corpus (for prosecution) directing the Warden of Airway Heights Correctional Center and the United States Marshal for the District of Montana, to produce Daniel William Dobler before the Court at the Magistrate Judge's Courtroom in Great Falls, Montana, at **10:00 a.m. on Tuesday, February 7, 2017**, and Daniel William Dobler is to stay in federal custody until the conclusion of this

1

case. Daniel William Dobler shall then be returned to the custody of the Warden of Airway Heights Correctional Center.

DATED this 13th day of January, 2017.

John Johnston
United States Magistrate Judge