# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DANIEL WILLIAM DOBLER and JUSTIN CHARLES HANSON**<br><br>Defendant. | CR 17-04-GF-BMM<br><br><br><br>ORDER |

A motion to set restitution, amend judgment, and vacate restitution hearing (Doc. 82), is now before the Court. The government requests the Court enter restitution amounts for each defendant, amend the previous judgment of Daniel William Dobler, and vacate the restitution hearing currently set for October 17, 2017. Based on this motion, and for good cause showing,

IT IS HEREBY ORDERED the motion to set restitution amount, amend judgment, and vacate restitution hearing, (Doc. 82), is GRANTED.

The Court finds, pursuant to 18 U.S.C. §§ 3664(d)(5) and (o), restitution in the above captioned matter shall be as follows,

| JUSTIN HANSON | Tom's Coin | Heirloom Jewelers | TOTAL |
|---|---|---|---|
| | | | |

|  | $277,000 – Solely Responsible $23,000 – Joint and Several with Daniel Dobler | $77,000 – Joint and Several with Daniel Dobler | $377,000 – Of which, $100,000 is Joint and Several with Daniel Dobler |
|---|---|---|---|
| **DANIEL DOBLER** | **Tom's Coin** $23,000 – Joint and Several with Justin Hanson | **Heirloom Jewelers** $77,000 – Joint and Several with Justin Hanson | **TOTAL** $100,000 – Joint and Several with Justin Hanson |
|  | Total Restitution for Tom's Coin $300,000 | Total Restitution for Heirloom Jewelers $77,000 |  |

It is further ordered that Daniel William Dobler's previous judgment (Doc. 74) is amended pursuant to Fed. R. Crim. P. 35 to reflect the restitution amount stated above. Dobler's judgment will be amended in a subsequent filing.

It is further ordered that the restitution hearing currently set for October 17, 2017 is VACATED.

DATED this 17th day of October, 2017.

_____
Brian Morris
United States District Court Judge