IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WILLIAM DOBLER,<br><br>Defendant. | CR-17-04-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 18, 2023. (Doc. 118.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 17, 2023. (Doc. 114.) The United States accused Daniel Dobler, (Dobler) of violating his conditions of supervised release 1) by inhaling a synthetic stimulant; 2) by committing another crime on three separate occasions; 3) by failing to report for

substance abuse treatment; 4) by failing to make monthly restitution payments; 5) by failing to notify his probation officer of a change in residence; 6) by possession methamphetamine and heroin; and 7) by failing to notify his probation officer of a contact with law enforcement. (Doc. 112.)

At the revocation hearing, Dobler admitted to violating the conditions of his supervised release 1) by inhaling a synthetic stimulant; 2) by failing to report for substance abuse treatment; 3) by failing to make monthly restitution payments; and 4) by failing to notify his probation officer of a contact with law enforcement. The court dismissed alleged violations 2, 6, 7, 8, 9 and 10 upon the Government's motion. (Doc. 114.) Judge Johnston found that the violations Dobler admitted proved to be serious and warranted revocation, and recommended revocation of Dobler's supervised release and recommended a custodial sentence for 6 months, with no supervised release to follow. (Doc. 118.) Dobler was advised of his right to appeal and his right to allocute before the undersigned and he waived those rights. (Doc. 114.) The violations prove serious and warrant revocation of Dobler's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 118) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Defendant Daniel William Dobler be sentenced to the Bureau of Prisons for 6 months, with no supervised release to follow.

DATED this 18th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court